## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:
GREGORY WAYNE HUBBS
DEBTOR                                                                                                  CASE NO. 19-50412

### AMENDED
### TRUSTEE'S REPORT AND
### RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

    1.    Toyota Lease Trust filed an objection to confirmation of the plan. [Doc. 14]. The objection states the plan does not provide for the pre-petition arrearage claim. The introductory language in section 6.1 of the plan states that arrearage payments will be disbursed by the Trustee. Although not explicitly stated in the plan language, in this jurisdiction the arrearage amounts listed on the proof of claim control over any contrary arrearage amount listed in the plan.

    2.    Schedule I reflects a deduction for a retirement loan payment. The Debtor testified the final loan payment was due in August 2019. The Trustee requests that the Debtor verify the payoff date of the loan and amend the plan to increase plan payments by the amount of the loan payment in the month following the final loan payment.

    3.    The documents provided to the Trustee show the Debtor previously received gain share payments and performance bonuses. Additionally, the Debtor testified his earnings may increase when he is deployed. The amounts of the gain share, bonuses, and any potential increase are uncertain. The plan payment is based on the Debtor's base pay. In order to account for uncertain income in excess of the base pay, the Debtor should add a nonstandard provision requiring the payment to the Trustee of one-third of his gross annual earnings from all sources in excess of $75,000.00. The provision should state whether the Debtor will pay the excess income

quarterly, semi-annually, or annually and the date by which the payment of excess income will occur. The Debtor's most recent pay stub should accompany each payment of excess income. The Debtor should provide the trustee with annual copies of his federal tax return, W-2, and the year-end pay stub for the life of the plan. All payments of excess income are made in addition to the Debtor's regular plan payments.

        Beverly M. Burden, Chapter 13 Trustee

        By:    /s/ Cheryl E. James
               Cheryl E. James,
               Attorney for Trustee
               Ky. Bar ID:  88883
               P.O. Box 2204
               Lexington, KY 40588-2204
               (859) 233-1527
               notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on John D. Kermode, Esq. on June 27, 2019.

        Beverly M. Burden, Chapter 13 Trustee

        By:    /s/ Cheryl E. James
               Cheryl E. James,
               Attorney for Trustee